Brian A. Neighbarger, Esq.
Nevada Bar No. 11225
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Former Attorney for Defendants
*Hartford Life and Accident Insurance Company and*
*Hartford Life Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA KREGER, as Special Administratrix of the Estate of CONNI C. NORCROSS; CURTIS NORCROSS; K.C. NORCROSS; and CAROL R. NORCROSS,<br><br>Plaintiffs,<br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; HARTFORD LIFE INSURANCE COMPANY; and DOES 1 through 20; ROES 1 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No. 2:10-cv-00878-RLH-RJJ<br><br>**NOTICE OF REQUEST TO BE REMOVED FROM MAILING MATRIX AND CM/ECF SERVICE LIST** |

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Brian A. Neighbarger, Esq. of the law firm of Snell & Wilmer L.L.P., hereby requests removal of Snell & Wilmer L.L.P. and the following e-mail addresses from the CM/ECF and mailing service lists in this matter, effective immediately: bneighbarger@swlaw.com and swexler@swlaw.com.

/ /
/ /
/ /
/ /
/ /

12094527.1

While an associate attorney at Lewis Brisbois Bisgaard & Smith L.L.P., Brian Neighbarger represented Defendants Hartford Life and Accident Insurance Company and Hartford Life Insurance Company along with attorney Jeffrey D. Olster, a partner of that firm. Snell & Wilmer L.L.P. has never represented Defendants Hartford Life and Accident Insurance Company and Hartford Life Insurance Company in this action. Neither Snell & Wilmer L.L.P. nor Brian Neighbarger is an attorney of record in this matter.

DATED this 15th day of October, 2010.         SNELL & WILMER L.L.P.

By: _____
Brian A. Neighbarger, Esq.
Nevada Bar No. 11025
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Fax: (702) 784-5252
Former Attorney for Defendants
*Hartford Life and Accident Insurance Company and Hartford Life Insurance Company*

IT IS SO ORDERED.
_____
UNITED STATES MAGISTRATE JUDGE
DATE: OCTOBER 20, 2010

12094527.1

- 2 -