1  JEFFREY D. OLSTER
   Nevada Bar No. 008864
2  olster@lbbslaw.com

3  **LEWIS BRISBOIS BISGAARD**
   **& SMITH LLP**
4  6385 South Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
5  Tel: 702-893-3383
   Fax: 702-893-3789

6
   Attorneys for Defendants
7  *Hartford Life and Accident Insurance Company and*
   *Hartford Life Insurance Company*
8
                    **UNITED STATES DISTRICT COURT**
9
                          **DISTRICT OF NEVADA**
10

| LINDA KREGER, as Special Administratrix of the Estate of CONNI C. NORCROSS; CURTIS NORCROSS; K.C. NORCROSS; and CAROL R. NORCROSS, | Case No. 2:10-cv-00878-RLH-RJJ |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; HARTFORD LIFE INSURANCE COMPANY; and DOES 1 through 20; ROES 1 through 20, inclusive jointly and severally, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs LINDA KREGER (as Special Administratrix of the Estate of CONNI C. NORCROSS), CURTIS NORCROSS, K.C. NORCROSS and CAROL R. NORCROSS, by and through their attorneys of record, Richard Harris Law Firm, and defendants HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and HARTFORD LIFE INSURANCE COMPANY ("Hartford"), by and through their attorneys of record, Lewis Brisbois Bisgaard & Smith LLP, that this action be dismissed with prejudice as to all parties, with each party to bear his/her/its own costs and attorneys' fees.

DATED this 4th day of February 2011.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By   /s/ *Jeffrey D. Olster*
Jeffrey D. Olster
Nevada Bar No. 008864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 4th day of February, 2011.

RICHARD HARRIS LAW FIRM

By   /s/ *Benjamin Cloward*
Benjamin Cloward
Nevada Bar No. 011087
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

## **ORDER**

Upon stipulation of the aforementioned parties, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to all parties, with each party to bear his/her/its own attorneys' fees and costs.

DATED this 7th day of February, 2011.

_____
U.S. DISTRICT JUDGE